IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RANDY BEVILL                                                                                                  PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:12cv537-CWR-FKB

CHRISTOPHER EPPS, et al.                                                                              DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation of United States Magistrate F. Keith Ball entered on February 20, 2014, dismissing Plaintiff's Complaint after considering Plaintiff's allegations, his various filings including his response to the motion for summary judgment and receiving Plaintiff's testimony at an omnibus hearing. Having considered said Report and Recommendation, the Plaintiff's objections thereto, applicable statutory and case law, and being otherwise fully advised in the premises, the Court concludes that Plaintiffs' objection is without merit and hereby adopts, as its own opinion, the report and recommendation of the magistrate judge.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate F. Keith Ball entered on February 20, 2014, and the same is hereby, adopted as the finding of this Court. The Complaint in this matter shall be dismissed with prejudice.

Because this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g). A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED**, this the 14th day of March, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE